IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | Cause No. SA-17-CR-00347-DAE |
| JEFFREY CLINTON MICHALIK, | § | |
| Defendant. | § | |

## MOTION TO WITHDRAW

TO THE HONORABLE DISTRICT JUDGE:

Now comes, Robert J. Barrera, Attorney for Defendant, and files this his Motion to Withdraw and in support thereof would show the Court the following:

I.

This case is set for Plea Agreement on **November 9, 2018, and Jury Selection and Trial on November 26, 2018,** before this Honorable Court.

II.

Counsel for Defendant, **Robert J. Barrera**, requests that the Court allow him to withdraw as Attorney of Record for Defendant, **Jeffrey Clinton Michalik**. Defendant has expressed a desire for undersigned counsel to withdraw from his case.

Defendant's last known address is 303 Lemur, San Antonio, Texas 78213. A courtesy copy has been sent to his Pre-Trial supervision officer.

WHEREFORE PREMISIS CONSIDERED, Counsel prays that he be allowed to withdraw as attorney of record for **Jeffrey Clinton Michalik** and to be relieved from any further duty or obligation in regard to this case.

        Respectfully submitted,

        ROBERT J. BARRERA, P.C.
        424 East Nueva by La Villita
        San Antonio, Texas 78205
        (210) 224-5811
        (210) 224-5890-Fax


        /S/ ROBERT J. BARRERA
        ROBERT J. BARRERA
        State Bar No. 01807500


## CERTIFICATE OF SERVICE

I hereby certify that on the 16TH day of August, 2018, a true and correct copy of the above and foregoing ***Motion to Withdraw*** was electronically filed with the Clerk of the court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant: Ms. Tracy Thompson, Assistant United States Attorney, 600 N.W. Loop 410, Suite 601, San Antonio, Texas 78216, and Mr. Alejandro Cruz, Pre-Trial Officer at alejandro_cruz@txwpt.uscourts.gov.

.

        /S/ ROBERT J. BARRERA
        ROBERT J. BARRERA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | Cause No. SA-17-CR-00347-DAE |
| JEFFREY CLINTON MICHALIK, | § | |
| Defendant. | § | |

### ORDER

On this day came on to be heard Defendant Motion to Withdraw as Counsel in the above styled and numbered cause.

IT IS HEREBY ORDERED that the Defendant's Motion to Withdarw is hereby

GRANTED ( ) / DENIED ( ).

The Court after examining the foregoing Motion to Withdraw is of the opinion that the Motion is well taken and does hereby grant the withdrawal of Robert J. Barrera and releases said counsel from further responsibility in reference to the representation of Jeffrey Clinton Michalik.

_____
HONORABLE DAVID A. EZRA
UNITED STATES DISTRICT JUDGE

August 13, 2018

Robert J. Barrera P.C.
424 E. Nueva
San Antonio, Texas 78205

Dear Mr. Barrera,

Please let this letter serve as notification of termination of your legal services. This termination is effective immediately. I have decided to hire another attorney to go to trial for me.

I appreciate all your assistance.

Please give a copy of my entire case file to my sister to bring to me.

Thank you again.

Best Regards,

Jeff Michalik

*Jeff Michalik*
8-13-18