# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **vs** | § | **CRIMINAL NO. SA:17-CR-0347-DAE** |
| | § | |
| **JEFREY CLINTON MICHALIK** | § | |

Comes Now, Jeffrey Clinton Michalik, Defendant by and through his under signed Attorneys of Record and submits this Defendants purposed list of Witnesses for Trial, as follows:

## Potential Testifying Witnesses

1. Crystal Rivas – Defendants fiancée
   9718 Hidden Iron
   San Antonio, Texas 7825
   (210) 883-6541

2. Eddie Michalik
   5406 Gay Cooper
   San Antonio, Texas 78240
   (210) 274-5326

3. James Greewe
   235 Eland
   San Antonio, Texas 78213
   (210) 825-0862

4. Keith Just
   307 Magnolia Fld.
   12017 Faber Dr.
   San Antonio, Texas 78245
   (210) 326-5165

5.  Scott Pruitt
    1810 W. Poplar
    San Antonio, Texas 78207
    (210) 837-5148


6.  Sean Sweet
    1106 Midnight
    San Antonio, Texas 78260
    (210) 481-0024

7.  Mark Christian
    2803 Woodcutter
    San Antonio, Texas 78231
    (210) 386-4858

9.  Scott Broderhausen
    2815 N Loop 1604
    San Antonio, TX 78232
    (877) 445-5362

10. Reagan Freiling
    114 Sunflower Lane
    San Antonio, Texas
    (210) 558-3311
    (210) 340-6543

10.   Custodian of the Records, United States Bankruptcy Court For – Western
      District of Texas, San Antonio Division


Possible Rebuttal Witnesses:


Custodian of the Records - San Antonio CPS

Curtis Kishur

Beto Sepulvede

Pat Harvey

Respectfully submitted,

Edward A. Bartolomei
530 Lexington Avenue
San Antonio, TX 78205
Telephone: (210) 225-0393
Telecopier: (210) 227-8529
Email: La@eabrtlaw.com


By: _____/s/_____
   EDWARD A. BARTOLOMEI
   State Bar No. 01852470
   *Attorney for JEFREY CLINTON MICHALIK*


BARTOLOMEI & LANGE, PLC
666 Grand Avenue Suite 944
Des Moines, IA 50309
Telephone: (515) 245-3850
Telecopier: (515) 245-3853
Email: RichardABartolomei@gmail.com


By: _____/s/_____
   RICHARD A. BARTOLOMEI
   Iowa State Bar No. AT0000604
   *Attorney for JEFREY CLINTON MICHALIK*


Respectfully submitted,

JONATHAN PEREZ
530 Lexington Avenue
San Antonio, TX 78205
Telephone: (210) 227-8008
Telecopier: (210) 227-8259


By: _____/s/_____
   JONATHAN R. PEREZ
   State Bar No. 24102350
   *Attorney for JEFREY CLINTON MICHALIK*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of August, 2019, I electronically filed the foregoing Proposed Witness List with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the appropriate parties.

<u>/s/ Edward A. Bartolomei</u>

EDWARD A. BARTOLOMEI

*Attorney for JEFREY CLINTON MICHALIK*