UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br>     Plaintiff, § <br> vs § <br> § <br> JEFREY CLINTON MICHALIK § <br>     Defendant. § | CRIMINAL NO. SA:17-CR-0347-DAE |

## DEFENDANT JEFREY CLINTON MICHALIK'S PROPOSED EVIDENTIARY EXHIBIT LIST

**Comes Now**, Jefrey Clinton Michalik, Defendant by and through his undersigned Attorneys of Record and files this Defendant's Proposed Evidentiary Exhibit List of Trial Exhibits.

### A.  EXTERIOR OF 9718 HIDDEN IRON RESIDENCE – MICHALIK RESIDENCE

1. Exterior Photographs of 9718 Hidden Iron Street.
2. Corner of Hidden Iron Street.
3. Michalik Residence on Corner of Hidden Iron Street.
4. View of Michalik Residence Across Street on Hidden Iron Street.
5. Exterior Front Door View of Michalik Residence.
6. Ariel View of Michalik Residence Driveway.
7. Walkway Approaching Michalik Residence Front Door.
8. Open Front Door of Michalik Residence.
9. View of Living Room – Michalik Residence.
10. View of Michalik Residence Across Cul-de-sac.
11. View of Michalik Residence Across Cul-de-sac.
12. View of Michalik Residence Across Cul-de-sac.
13. View of Michalik Residence Across Cul-de-sac.

B    INTERIOR OF 9718 HIDDEN IRON RESIDENCE - MICHALIK

1. Interior View of Michalik Residence Hallway
2. Interior View Living Room from Entrance Hall.
3. Interior View of Living Room Towards Stairwell and Kitchen.
4. View of Stairwell Looking Down to First Floor.
5. First Floor Bedroom Door.
6. First Floor Bedroom Door Hall.
7. Kitchen Table and Area.
8. Interior View Down Stairwell to First Floor Unlit.
9. Mother and Daughter's First Floor Combined Bedroom
10. Mother's First Floor Bedroom – Green Area.
11. Daughter's First Floor Bedroom – Salmon Pink Area.

C    MOBUD BUSINESS AND OFFICE ADDRESS PHOTOS

1. Front Entrance Mobud Business Address
   Photographs of Mobud, San Antonio, TX Business Office – Michalik.
2. Exterior View of Office Entrance (5723) Adjacent to (5725)
   Office View to Front Door Entrance
3. Office View from Front Door looking Down Office Hall
4. Office View of Two Desks from Hallway Entrance
5. Office View of Left Desk Only from Hallway Entrance
6. Office View of Left Desk, Cabinets and Closet Entry
7. View of Desk

D.    BANKRUPTCY FILING – HOMEARAMA 04/20/2015

1. United States Bankruptcy Court Filing 04/20/2015 – Arrowood/Homearama Inc. Inc./Dave Smith

2. United States Bankruptcy Court Disposition Filing – Dave Smith/Homearama Inc.

E. SUBPOENA RESPONSE

Global Legal Demand Center Response AT&T for Affidavit of Authenticity Identifying Kimberly Berry Effective  12/29/2016

**F.     CRYSTAL RIVAS VERBAL AGREEMENT TO CONTINUE AFTERHOURS BOOKKEEPING OF HOMEARAMA POST RESIGNATION (06/13/2014)**

Verbal Agreement to Continue Bookkeeping Services for Dave Smith aka Homearama, E-mail.

IP: 75.1.83.139 December 29, 2016.

**G. YAHOO NOTIFICAITONS OF EXISTING UNAUTHORIZED USER**

1. 05/05/2017 – Unauthorized Sign In Attempt: Yahoo

2. 05/06/2017 – Unknown and Unidentified PC or Device Connected to Network

3. 12/06/16 – Unusual Wi-Fi Connection

4. Suspected Spam E-mails

5. Unknown Smiley Face Attachments in E-mail

6. Windows Security Alert 1

7. Window Security Alert 2

8. Security Alert Requested by Government

9. Malicious Spyware Notification

**H. GRAND JURY – AGENT ANGELA JUAREZ**
Grand Jury Testimony – Angela Juarez, for Identification.

**I. IDENTIFICATION REPORT OF ALLEGED PORNOGRAPHY – MICHAEL L. YODER**

Summary of Report Marked for Purposes of Identification – Michael L. Yoder.

Defendant reserves the right to supplement these proposed evidence exhibits as necessary.

Respectfully submitted,

Edward A. Bartolomei
530 Lexington Avenue
San Antonio, TX 78205
Telephone: (210) 225-0393
Telecopier: (210) 227-8529
Email: La@eabrtlaw.com


By: _____/s/_____
   EDWARD A. BARTOLOMEI
    State Bar No. 01852470
*Attorney for JEFREY CLINTON MICHALIK*


BARTOLOMEI & LANGE, PLC
666 Grand Avenue Suite 944
Des Moines, IA 50309
Telephone: (515) 245-3850
Telecopier: (515) 245-3853
Email: RichardABartolomei@gmail.com

By: _____/s/_____
   RICHARD A. BARTOLOMEI
    Iowa State Bar No. AT0000604
*Attorney for JEFREY CLINTON MICHALIK*


JONATHAN PEREZ
530 Lexington Avenue
San Antonio, TX 78205
Telephone: (210) 227-8008
Telecopier: (210) 227-8259

By: _____/s/_____
   JONATHAN R. PEREZ
    State Bar No. 24102350
*Attorney for JEFREY CLINTON MICHALIK*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of August, 2019, I electronically filed the foregoing Proposed Witness List with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the appropriate parties.

      /s/ Edward A. Bartolomei
      EDWARD A. BARTOLOMEI
      *Attorney for JEFREY CLINTON MICHALIK*