## Defendant's Exhibit B

