FILED

AUG 1 6 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § | CRIMINAL NO: |
| vs. | § § | SA:17-CR-00347(1)-DAE |
| (1) Jeffrey Clinton Michalik | § § | |

## LIST OF WITNESSES
### Motion to Suppress (dkt no.62)

| FOR GOVERNMENT | FOR DEFENDANT |
|---|---|
| 1.  Donna DePaola | 1.  Argie Juarez |
| 2. | 2.  Crystal Rivas |
| 3. | 3.  Jeffrey Michalik (defendant) |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |