**FILED**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

AUG **1 6** 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:17-CR-00347(1)-DAE |
| | § | |
| (1) Jeffrey Clinton Michalik | § | |

## GOVERNMENT EXHIBITS, Page 1 of 1
## Motion to Suppress (dkt. 62)

| Exhibit | Description | Date Admitted |
|---|---|---|
| Gov. 1 | Search Warrant | 8/16/2019 |
| Gov. 2 | Consent to Search- Dell Laptop | 8/16/2019 |