United States District Court
Western District
Exhibits Log: 5:17-cr-00347-DAE-1
United States of America v. Jeffrey Clinton Michalik, 8/19/2019

**FILED**

AUG 3 0 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-1-A | AT&T Records re Virginai Summons | Yes | 8/21/2019 2:04 PM | 8/21/2019 2:04 PM |
| Gov-1-B | AT&T Records re San Antonio Summons | Yes | 8/21/2019 2:04 PM | 8/21/2019 2:04 PM |
| Gov-2 | Search Warrant for 9718 Hidden Iron St | Yes | 8/21/2019 2:04 PM | 8/21/2019 2:04 PM |
| Gov-2-a | Application for a Search Warrant | Yes | 8/21/2019 4:10 PM | 8/21/2019 4:10 PM |
| Gov-3 | Consent to Search Dell Laptop | Yes | 8/21/2019 2:06 PM | 8/21/2019 2:06 PM |
| Gov-4 | Dell Laptop computer | Yes | 8/21/2019 2:06 PM | 8/21/2019 2:06 PM |
| Gov-4-A | Dell Laptop computer | Yes | 8/21/2019 4:26 PM | 8/21/2019 4:13 PM |
| Gov-4-B | Dell Laptop computer | Yes | 8/21/2019 4:26 PM | 8/21/2019 4:26 PM |
| Gov-4-c | Dell Laptop Hard Drive | Yes | 8/21/2019 4:11 PM | 8/21/2019 4:11 PM |
| Gov-5 | images shown to Michalik during interview | No | | |
| Gov-5-a | Image 489337931_28129.jpg Shown to Michalik During Interview | Yes | 8/21/2019 4:11 PM | 8/21/2019 4:11 PM |
| Gov-5-b | Image 5_.jpg Shown to Michalik During Interview | Yes | 8/21/2019 4:12 PM | 8/21/2019 4:12 PM |
| Gov-6 | HSI Forensic Report | Yes | 8/23/2019 8:20 AM | 8/23/2019 8:20 AM |
| Gov-6-a | Disk Containing Forensic Report Contraband | Yes | 8/21/2019 4:24 PM | 8/21/2019 4:24 PM |
| Gov-6-b | Forensic Report Supplement | Yes | 8/22/2019 9:24 PM | 8/22/2019 9:24 PM |
| Gov-7 | IEF Report | Yes | 8/21/2019 4:24 PM | 8/21/2019 4:24 PM |
| Gov-8 | Photography of 9723 Hidden Iron St | No | | |
| Gov-9 | Photography of MB Cabinetry 5723 Mobud | No | | |
| Gov-10 | Google map of San Antonio | No | | |
| Gov-11 | cbaby series | Yes | 8/26/2019 4:17 PM | 8/26/2019 4:18 PM |
| Gov-12 | mcgirl series | Yes | 8/26/2019 4:18 PM | 8/26/2019 4:18 PM |
| Gov-13 | tent series | Yes | 8/26/2019 4:18 PM | 8/26/2019 4:18 PM |
| Gov-14 | Lighthouse series | No | | |
| Gov-15 | KDV series | No | | |
| Gov-16 | Maja Doggie Style 12 y.jpg | No | | |
| Gov-17 | Screen shot from Suck father cock.avi | No | | |
| Gov-18 | Screen shot from Dad daughter suck.avi | No | | |
| Gov-19 | Screen shot from Girl 14yo blowjob.avi | No | | |

| | | | | |
|---|---|---|---|---|
| Def-Michalik-1-A | ExteriorPhotograph9718HiddenIronStreet | No | | |
| Def-Michalik-1-B | CornerOfHiddenIronStreet | No | | |
| Def-Michalik-1-C | MichalikResidenceOnCornerOfHiddenIronStreet | No | | |
| Def-Michalik-1-D | ViewOfMichalikResidenceAcrossStreetOnHiddenIronStreet | No | | |
| Def-Michalik-1-E | ExteriorFrontDoorViewMichalikResidence | No | | |
| Def-Michalik-1-F | AerialViewMichalikResidenceDriveway | Yes | 8/27/2019 10:33 AM | 8/27/2019 10:33 AM |
| Def-Michalik-1-G | WalkwayApproachingMichalikResidenceFrontDoor | Yes | 8/27/2019 10:33 AM | 8/27/2019 10:33 AM |
| Def-Michalik-1-H | OpenFrontDoorOfMichalikResidence | Yes | 8/27/2019 10:33 AM | 8/27/2019 10:33 AM |
| Def-Michalik-1-I | ViewOfLivingRoomMichalikResidence | No | | |
| Def-Michalik-1-J | ViewOfMichalikResidenceAcrossCuldesac | No | | |
| Def-Michalik-1-K | ViewOfMichalikResidenceAcrossCuldesac | No | | |
| Def-Michalik-1-L | ViewOfMichalikResidenceAcrossCuldesac | Yes | 8/27/2019 3:22 PM | 8/27/2019 3:22 PM |
| Def-Michalik-2-A | InteriorViewMichalikResidenceHallway | No | | |
| Def-Michalik-2-B | InteriorViewLivingRoomFromEntranceHall | Yes | 8/27/2019 10:42 AM | 8/27/2019 10:42 AM |
| Def-Michalik-2-C | InteriorViewLivingRoomTowardsStairwellAndKitchen | Yes | 8/27/2019 10:42 AM | 8/27/2019 10:42 AM |
| Def-Michalik-2-D | ViewOfStairwellLookingDownToFirstFloor | No | | |
| Def-Michalik-2-E | FirstFloorBedroomDoorHall | No | | |
| Def-Michalik-2-F | FirstFloorBedroomDoor | No | | |
| Def-Michalik-2-G | ViewofKitchenTableAndArea | Yes | 8/27/2019 10:33 AM | 8/27/2019 10:33 AM |
| Def-Michalik-2-H | InteriorViewDownStairwellDark | Yes | 8/27/2019 10:33 AM | 8/27/2019 10:33 AM |
| Def-Michalik-2-I | MotherDaughterFirstfloor | No | | |

| ID | Description | Admitted | Marked | Admitted |
|---|---|---|---|---|
| Def-Michalik-2-J | MothersFirstFloorBedroomGreen | No | | |
| Def-Michalik-2-K | FirstFloorBedroomSalmonPink | No | | |
| Def-Michalik-3-A | FrontEntranceBusiness | Yes | 8/27/2019 3:22 PM | 8/27/2019 3:22 PM |
| Def-Michalik-3-B | ExteriorViewOfEntrance | Yes | 8/27/2019 3:22 PM | 8/27/2019 3:22 PM |
| Def-Michalik-3-C | OfficeViewFromFrontDoorLookingDownOfficeHall | Yes | 8/27/2019 3:23 PM | 8/27/2019 3:23 PM |
| Def-Michalik-3-D | OfficeViewofTwoDesksFromHallwayEntrance | Yes | 8/27/2019 3:23 PM | 8/27/2019 3:23 PM |
| Def-Michalik-3-E | OfficeViewLeftDeskOnly | Yes | 8/27/2019 3:23 PM | 8/27/2019 3:23 PM |
| Def-Michalik-3-F | OfficeViewOfLeftDeskCabinetsAndClosetEntry | Yes | 8/27/2019 3:23 PM | 8/27/2019 3:23 PM |
| Def-Michalik-3-G | ViewofDesk | Yes | 8/27/2019 3:23 PM | 8/27/2019 3:23 PM |
| Def-Michalik-3-H | DeskSpace | No | | |
| Def-Michalik-4-A | Bankruptucy | No | | |
| Def-Michalik-4-B | CaseSummary | No | | |
| Def-Michalik-4-C | IndividualEstatePropertyRecordAndReport | No | | |
| Def-Michalik-4-D | AssetReportHomearamaCertified | No | | |
| Def-Michalik-4-E | BankruptcyVoluntaryPetitionCertification | No | | |
| Def-Michalik-5 | Subpoena Response | No | | |
| Def-Michalik-6 | VERBAL AGREEMENT | No | | |
| Def-Michalik-7-A | UnknownPCorDeviceDetected | No | 8/29/2019 11:51 AM | |
| Def-Michalik-7-B | SuccessfulSignInUnrecognizedDevice | No | | |
| Def-Michalik-7-C | UnknownNetworkOpen | No | | |
| Def-Michalik-7-D | UnknownSmileyAttachmentsInEmail | Yes | 8/29/2019 11:55 AM | 8/29/2019 11:55 AM |

| | | | | |
|---|---|---|---|---|
| Def-Michalik-7-E | SpamEmails | Yes | 8/29/2019 12:03 PM | 8/29/2019 12:03 PM |
| Def-Michalik-7-F | SecuredAndHiddenNetworks | No | | |
| Def-Michalik-7-G | MaliciousSpywareStealingInformation | No | 8/29/2019 11:49 AM | |
| Def-Michalik-7-H | WindowsSecurityAlertRequestedByGov | No | | |
| Def-Michalik-8 | GrandJuryTestimonyAgentJuarez | No | | |
| Def-Michalik-9 | SummaryReportMichaelYoder | No | | |
| Def-Michalik-10 | RequestForRemovalOfRoleInformationCPS | No | | |
| Def-Michalik-11-A | Christmas Cookies | No | 8/28/2019 10:00 AM | |
| Def-Michalik-12 | Receipt | Yes | 8/29/2019 9:35 AM | 8/29/2019 9:35 PM |
| Def-Michalik-12-A | RBFCUStatement | Yes | 8/29/2019 9:37 AM | 8/29/2019 9:37 AM |

Verified by:

Tracy Thompson
Government Counsel

Date: 8-30-19

Edward Bartolomei
Defense Counsel

Date: 8/30/19